**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2214

VIRGINIA INTERNATIONAL TERMINALS, INC.,

Petitioner,

versus

RICHARD BRYANT; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(BRB 02-0792)

Submitted:  May 28, 2004          Decided:  June 24, 2004

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

F. Nash Bilisoly, IV, VANDEVENTER BLACK, LLP, Norfolk, Virginia,
for Petitioner.  Howard M. Radzely, Solicitor of Labor, Donald S.
Shire, Associate Solicitor, Mark A. Reinhalter, Counsel for
Longshore, Kathleen H. Kim, UNITED STATES DEPARTMENT OF LABOR,
Washington, D.C., for Director, OWCP.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Virginia International Terminals, Inc., seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of relief from liability for disability benefit payments pursuant to 33 U.S.C. § 908(f) (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>See</u> <u>Va. Int'l Terminals, Inc. v. Bryant</u>, No. 02-0792 (BRB Aug. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>